TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
HOLLY GAUDREAU (State Bar No. 209114)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
gsgilchrist@townsend.com; glcincone@townsend.com
hgaudreau@townsend.com

*E-FILED 7/2/07*

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>4 WHAT IT'S WORTH, INC., a California corporation; MAMIYE BROTHERS, INC., a New Jersey corporation,<br><br>　　　　　　Defendants. | Case No. C 07-1703 RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>CMC Date: **July 11, 2007**<br>Time: **2:30 p.m.**<br>**Courtroom 4, 5th Floor** |

　　　The initial Case Management Conference in this action is currently scheduled to take place on July 11, 2007, at 2:30 p.m. In light of ongoing settlement discussions, the parties hereby request that the conference be continued for four weeks, until August 8, 2007, or as soon as possible thereafter.

　　　The parties have been engaged in settlement discussions since the complaint was filed. Progress has been made and the parties remain hopeful that a settlement can be finalized in the near future, thus avoiding any need to expend the parties' or the Court's resources on litigation of this matter.

　　　Accordingly, the parties believe it would be appropriate to continue the Initial Case Management Conference for a sufficient amount of time to allow settlement discussions to proceed, and therefore respectfully request that the Initial Case Management Conference currently set for July 11, 2007, be continued for four weeks until August 8, 2007. The parties also request that the deadline

for filing of initial disclosures be reset to coincide with the deadline for filing of the joint Case Management Conference statement seven days prior to the Initial Case Management Conference. Counsel representing defendant Mamiye Brothers in the settlement negotiations and Alden Halpern, president of defendant 4 What It's Worth, Inc. have informed counsel for LS&CO. that they agree with this request.

DATED: July 2, 2007                     Respectfully submitted,


                                        By:   /s/ Holly Gaudreau
                                              Holly Gaudreau
                                              TOWNSEND AND TOWNSEND AND CREW LLP

                                              Attorneys for Plaintiff
                                              LEVI STRAUSS & CO.

61090016 v1

IT IS SO ORDERED.

Dated: July 2, 2007

                                        _____
                                        RICHARD SEEBORG
                                        United States Magistrate Judge