| | |
|---|---|
| TOWNSEND AND TOWNSEND AND CREW LLP<br>GREGORY S. GILCHRIST (State Bar No. 111536)<br>GIA L. CINCONE (State Bar No. 141668)<br>HOLLY GAUDREAU (State Bar No. 209114)<br>Two Embarcadero Center, 8th Floor<br>San Francisco, California 94111<br>Telephone:  (415) 576-0200<br>Facsimile:  (415) 576-0300<br>gsgilchrist@townsend.com; glcincone@townsend.com<br>hgaudreau@townsend.com | *E-FILED 8/1/07* |

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>                          Plaintiff,<br><br>           v.<br><br>4 WHAT IT'S WORTH, INC., a California corporation; MAMIYE BROTHERS, INC., a New Jersey corporation,<br><br>                          Defendants. | Case No. C 07-1703 RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>CMC Date: August 8, 2007<br>Time:  2:30 p.m.<br>Courtroom 4, 5th Floor |

   The parties in the above-entitled action submit this stipulated request to continue the Case Management Conference currently set for August 8, 2007, for three weeks until August 29, 2007, or as soon as possible thereafter, in order to allow the parties to continue and finalize their settlement negotiations.

   The parties have engaged in settlement discussions and are currently finalizing that settlement in writing.  The parties are hopeful that settlement will be completed in the near future, thus avoiding any need to expend the parties' or the Court's resources on litigation of this matter.

   Accordingly, the parties believe it would be efficient for both of them and the Court to continue the Initial Case Management Conference until August 29, 2007, or as soon as possible thereafter.  The parties also request that the deadline for filing of initial disclosures be reset to coincide with the deadline for filing of the joint Case Management Conference statement seven days prior to

- 2 -

the Initial Case Management Conference.  Counsel representing defendant Mamiye Brothers in the settlement negotiations and counsel representing defendant 4 What It's Worth, Inc. have informed counsel for LS&CO. that they agree with this request.

DATED:  August 1, 2007             Respectfully submitted,

                                           By:     */s/ Holly Gaudreau*
                                                   Holly Gaudreau
                                                   TOWNSEND AND TOWNSEND AND CREW LLP

                                                   Attorneys for Plaintiff
                                                 LEVI STRAUSS & CO.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 1, 2007             _____
                                     Hon. Richard Seeborg
                                     United States District Judge

61111950 v1