*E-FILED*
August 23, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., | No. C 07-01703 RS |
| Plaintiff, | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| 4 WHAT IT'S WORTH, INC., et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates the Case Management Conference set for August 29, 2007. The parties are required to file a stipulation of dismissal by **October 17, 2007**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **October 24, 2007 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: August 23, 2007

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Gia L. Cincone      glcincone@townsend.com, clpetrich@townsend.com, jschnell@townsend.com

Holly Gaudreau      hgaudreau@townsend.com, sglott@townsend.com

Gregory S. Gilchrist      gsgilchrist@townsend.com, clpetrich@townsend.com

Dated: August 23, 2007

        /s/ BAK
Chambers of Magistrate Judge Richard Seeborg